Argued and submitted February 5, affirmed October 3, 1990

BIOMASS ONE, L.P.,
Biomass-One Operating Company,
Lee S. Weisel, D. Sam Scheele
and Marc D. Rappaport,
*Plaintiffs,*

*v.*

S-P CONSTRUCTION,
Pacific Architects and Engineers Incorporated,
Sheldon L. Pollack Corporation,
Norbert W. Pieper, A.I.A., Inc.,
Pacific Architects and Engineers Incorporated,
Pieper A.I.A., Inc.,
Pacific Architects and Engineers International,
Edward A. Shay, Sheldon L. Pollack, E. R. McCollum,
Norbert W. Pieper, and Aetna Ins. Co.,
*Defendants,*

S-P CONSTRUCTION
and Aetna Ins. Co.,
*Third-Party Plaintiffs - Appellants,*

*v.*

BEAUMONT BIRCH COMPANY
and American Insurance Company,
*Third-Party Defendants - Respondents,*

DELTAK CORPORATION;
S.M. Gilbert Co., Inc.;
Continental Insurance Company;
Corrosion Controllers, Inc.;
Fireman's Fund Insurance Company;
Mid-Continent Industrial Services, Inc.;
Employers Insurance Company of Wausau;
Joan Enloe, dba Specialty Design; Specialty Design, Inc.;
Detroit Stoker Co.; Andersen 2000, Inc.;
Hartford Insurance Group; Duncan Richardson Engineering
Company, Inc., aka DCR Engineers, Inc.;
F. W. Braun, Inc.; Bulk Handling Systems, Inc.;
Industrial Indemnity Company; David Hartzell,
dba International Trade Management & Associates;
Mitchell Lewis & Staver Co.; Custodis-Cottrell, Inc.;
Custodis Ecodyne, Inc.; Aqua-Con-Permutit;
Power Plant Specialists, Inc.; National Union Fire

Insurance Company of Pittsburgh, PA.;
Protech Consulting Services, Inc.;
Clay Morrison Constructors, Inc.;
Southland Environmental, Inc.;
Ausland Construction, Inc.;
Beckman Industrial Corporation;
Northwest Controls, Inc.;
North American Pneumatics, Inc.;
Technical Metals, Inc.; Federal Insurance Company;
BBC Brown Boveri, Inc.; Insurance Co. of North America
and Rosemount, Inc.,
*Third-Party Defendants.*
(87-1724-J-2; CA A50949)

799 P2d 158

Stephen G. Jamieson, Medford, argued the cause for appellants. On the briefs were Christopher A. Ledwidge, W. V. Deatherage and Frohnmayer, Deatherage, Pratt, Jamieson & Turner, P.C., Medford.

Sally R. Leisure, Portland, argued the cause for respondents. With her on the brief were G. Kenneth Shiroishi and Dunn, Carney, Allen, Higgins & Tongue, Portland.

Before Graber, Presiding Judge pro tempore, and Riggs and Edmonds, Judges.

PER CURIAM

Affirmed. *Biomass One, L.P. v. S-P Construction (A61560),* 103 Or App 521, 799 P2d 152 (1990).